

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:                01-10-00296-CV

Style:                       Latrice Williams

                             **v** Dana Lee

Date motion filed[*]:        March 19, 2013

Type of motion:              Appellant's Motion to Extend Time to File the Brief

Party filing motion:         Appellant

Document to be filed:        Appellant's brief

Appellant's request for an extension of time to file a brief is GRANTED. Any additional relief requested in appellant's motion is DENIED. Any further arguments regarding the accuracy of the appellate record should be included in appellant's brief.

Appellant's brief was originally due on March 14, 2013. The deadline to file appellant's brief is extended to May 28, 2013.

Judge's signature: /s/ Evelyn V. Keyes
       ☑ Acting individually    ☐ Acting for the Court

       Panel consists of _____.

Date: April 26, 2013